# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Stephanie Yvonne Brown, | : | Bankruptcy No. 17-24855-TPA |
| Debtor. | : | |
| | : | Chapter 13 |
| Stephanie Yvonne Brown, | : | |
| Movant, | : | Document No.: |
| v. | : | Related Document No.: 36 |
| Specialized Loan Servicing LLC, | : | **Hearing Date and Time:** |
| Respondent. | : | |

## CERTIFICATION OF NO OBJECTION REGARDING

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion for Loss Mitigation filed on February 23, 2018 at Document No. 36 have been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Objections appear thereon. Objections were to be filed and served no later than March 9, 2018.

It is hereby respectfully requested that the Proposed Order filed as an Exhibit attached to Motion recorded at Document No. 36 be entered by the Court.

Date: March 12, 2018

s/ Brian C. Thompson
Brian C. Thompson, Esquire
Attorney for Debtor(s)
PA ID No. 91197
THOMPSON LAW GROUP, P.C.
125 Warrendale Bayne Road, Suite 200
Warrendale, PA 15086
(724) 799-8404 Telephone
(724) 799-8409 Facsimile
bthompson@thompsonattorney.com