**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: Stephanie Yvonne Brown, | : | Bankruptcy No. 17-24855-TPA |
| Debtor. | : | |
| | : | Chapter 13 |
| Stephanie Yvonne Brown, | : | |
| Movant, | : | Document No.: |
| v. | : | Related Document No.: 39 |
| Specialized Loan Servicing LLC, | : | **Hearing Date and Time:** |
| Respondent. | : | |

**CERTIFICATE OF SERVICE**

I, Jill A. Gorzé, Paralegal, certify under penalty of perjury that I served the forgoing Loss Mitigation Order at Document 39 on the Chapter 13 Bankruptcy Trustee on March 12, 2018, at LMP@chapter13trusteewdpa.com :

Date: March 12, 2018                    /s/Jill A. Gorzé
                                         Jill A. Gorzé, Paralegal
                                         Thompson Law Group, P.C.
                                         125 Warrendale-Bayne Road, Suite 200
                                         Warrendale, Pennsylvania 15086
                                         (724) 799-8404 Telephone
                                         (724) 799-8409 Facsimile
                                         jgorze@thompsonattorney.com