**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: Stephanie Yvonne Brown, | : | Bankruptcy No. 17-24855-TPA |
| | : | |
| Debtor. | : | |
|   | : | Chapter 13 |
| Stephanie Yvonne Brown, | : | |
| | : | |
| Movant, | : | Document No.: |
| | : | |
| v. | : | Related Document No.: 46 |
| | : | |
| Select Portfolio Servicing, | : | **Hearing Date and Time:** |
| | : | June 27, 2018 at 10:30 a.m. |
| Respondent. | : | |

## CERTIFICATE OF SERVICE

I, Jill A. Gorzé, Paralegal, certify under penalty of perjury that I served the forgoing Order dated May 17, 2018 at Document 46 on the following parties at the addresses listed below on May 18, 2018, via electronic mail and/or first-class mail postage prepaid:

Matt Hollingsworth, CEO  
Select Portfolio Servicing  
3815 South West Temple, Suite 2000  
Salt Lake City, UT  84115

Matthew C. Waldt, Esquire  
Milstead & Associates, LLC  
1 East Stow Road  
Marlton, NJ  08053

Date:  May 18, 2018

/s/Jill A. Gorzé  
Jill A. Gorzé, Paralegal  
Thompson Law Group, P.C.  
125 Warrendale-Bayne Road, Suite 200  
Warrendale, Pennsylvania 15086  
(724) 799-8404 Telephone  
(724) 799-8409 Facsimile  
jgorze@thompsonattorney.com