**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: Stephanie Yvonne Brown, | : | Bankruptcy Case No.: 17-24855-TPA |
| Debtor. | : | Chapter 13 |
| Stephanie Yvonne Brown, | : | Document No.: |
| Movant, | : | Related to Document No.: 58 |
| v. | : | |
| Specialized Loan Servicing LLC, | : | |
| Respondent. | : | |

**<u>CERTIFICATE OF SERVICE</u>**

I, Jill A. Gorzé, Paralegal, certify under penalty of perjury that I served the forgoing

Interim Mortgage Modification Order on the Chapter 13 Trustee at

LMP@chapter13trusteewdpa.com on July 24, 2018.

Date: July 24, 2018                           /s/Jill A. Gorzé
                                              Jill A. Gorzé, Paralegal
                                              Thompson Law Group, P.C.
                                              125 Warrendale-Bayne Road, Suite 200
                                              Warrendale, Pennsylvania 15086
                                              (724) 799-8404 Telephone
                                              (724) 799-8409 Facsimile
                                              jgorze@thompsonattorney.com