# IN THE UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Stephanie Yvonne Brown, | : | Bankruptcy No. 17-24855-TPA |
| Debtor. | : | |
| | : | Chapter 13 |
| Stephanie Yvonne Brown, | : | |
| Movant, | : | Document No.: |
| v. | : | Related Document No.: 65 |
| Specialized Loan Servicing LLC, | : | |
| Respondent. | : | |

## **CERTIFICATE OF SERVICE**

I, Jill A. Gorzé, Paralegal, hereby certify that a copy of the Motion for Approval of Mortgage Modification, Summary and Proposed Order at Document No. 65 dated September 18, 2018 were served by First Class U.S. mail postage prepaid and/or electronic correspondence on September 18, 2018 on the parties on the attached Bankruptcy Clerk's mailing matrix.

Dated:  September 18, 2018            /s/ Jill A. Gorzé
　　　　　　　　　　　　　　　　　　Jill A. Gorzé, Paralegal
　　　　　　　　　　　　　　　　　　Thompson Law Group, P.C.
　　　　　　　　　　　　　　　　　　125 Warrendale-Bayne Road, Suite 200
　　　　　　　　　　　　　　　　　　Warrendale, PA 15086
　　　　　　　　　　　　　　　　　　(724) 799-8404 Telephone
　　　　　　　　　　　　　　　　　　(724) 799-8409 Facsimile
　　　　　　　　　　　　　　　　　　jgorze@thompsonattorney.com