**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: Stephanie Yvonne Brown, | : | Bankruptcy No. 17-24855-TPA |
| | : | |
| Debtor. | : | |
| _____ | : | Chapter 13 |
| Stephanie Yvonne Brown, | : | |
| | : | |
| Movant, | : | Document No.: |
| | : | |
| v. | : | Related Document No.: 68 |
| | : | |
| Specialized Loan Servicing LLC, | : | |
| | : | **Hearing Date and Time:** |
| Respondent. | : | October 24, 2018 at 10:30 a.m. |

**CERTIFICATE OF SERVICE**

I, Jill A. Gorzé, Paralegal, certify under penalty of perjury that I served the forgoing Motion for Approval of Mortgage Modification, Loan Modification Summary and Proposed Order on the following parties at the addresses listed below on September 20, 2018, via electronic mail and/or first-class mail postage prepaid:

Specialized Loan Servicing LLC
Suite 300
8742 Lucent Boulevard
Highlands Ranch, CO 80129

James C. Warmbrodt, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106

Ronda J. Winnecour, Esquire
Office of Chapter 13 Trustee
3250 USX Tower
600 Grant Street
Pittsburgh, PA 15219

Office of U.S. Trustee
970 Liberty Center
1001 Liberty Avenue
Pittsburgh, PA 15222

Date: September 20, 2018

/s/Jill A. Gorzé
Jill A. Gorzé, Paralegal
Thompson Law Group, P.C.
125 Warrendale-Bayne Road, Suite 200
Warrendale, Pennsylvania 15086
(724) 799-8404 Telephone
(724) 799-8409 Facsimile
jgorze@thompsonattorney.com