## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Stephanie Yvonne Brown, | : | Bankruptcy No. 17-24855-TPA |
| Debtor. | : | |
| _____ | : | Chapter 13 |
| Stephanie Yvonne Brown, | : | |
| Movant, | : | Document No.: |
| v. | : | Related Document No.: 65, 68 |
| Specialized Loan Servicing LLC, | : | |
| | : | **Hearing Date and Time:** |
| Respondent. | : | October 24, 2018 at 10:30 a.m. |

### CERTIFICATION OF NO OBJECTION REGARDING
### APPLICATION FOR APPROVAL OF MORTGAGE MODIFICATION

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Application filed on September 18, 2018 at Document No. 65 have been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Objections appear thereon. Pursuant to the Order Setting Hearing at Document No. 68, Objections were to be filed and served no later than October 9, 2018.

It is hereby respectfully requested that the Proposed Order filed as an Exhibit attached to Application recorded at Document No. 61 be entered by the Court.

Date: <u>October 10, 2018</u>         /s/ Brian C. Thompson
                                                                     Brian C. Thompson, Esquire
                                                                     Attorney for Debtor(s)
                                                                     PA ID No. 91197
                                                                     THOMPSON LAW GROUP, P.C.
                                                                     125 Warrendale Bayne Road, Suite 200
                                                                     Warrendale, PA 15086
                                                                     (724) 799-8404 Telephone
                                                                     (724) 799-8409 Facsimile
                                                                     bthompson@thompsonattorney.com