FILED
10/11/18 1:32 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re: Stephanie Yvonne Brown, | : | Bankruptcy Case No.: 17-24855-TPA |
| Debtor. | : | Chapter 13 |
| _____ | : | |
| Stephanie Yvonne Brown, | : | |
| | : | Document No.: |
| Movant, | : | |
| | : | Related to Document No.: 65 |
| v. | : | |
| | : | |
| Specialized Loan Servicing, LLC | : | |
| | : | |
| Respondent. | : | |

**ORDER OF COURT**

AND NOW, upon consideration of Debtor's Motion to Authorize Loan Modification, it is hereby ORDERED as follows:

1.    The Debtor is approved to enter into a Loan Modification agreement with Specialized Loan Servicing, LLC, under the following terms:

   a.    Principal balance: $61,170.32
   b.    Effective Date: October 1, 2018
   c.    End Date: May 1, 2035
   d.    Payment schedule as follows:

| | **LOAN MODIFICATION TERMS** |
|---|---|
| Unpaid Principal Balance | $61,170.32 |
| Arrearages | $0.00 |
| Maturity Date | May 1, 2035 |
| Interest Rate | 4.5% |
| Total monthly payment including escrow | $317.89 |
| Effective Date | October 1, 2018 |

      2.      If the loan modification approved by the Court impacts the provisions of the Debtor's Chapter 13 plan, a modified plan shall be filed within fourteen (14) days of the entry of the order approving the loan modification.

      3.      If the loan modification approved by the Court results in a material change in the Debtor's expenses, the Debtor shall file an amendment to the impacted schedules reflecting income and expenses (Schedules I and J) within fourteen (14) days of the entry of the order approving the loan modification.

Dated:   October 11, 2018

United States Bankruptcy Judge jlm

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                          Case No. 17-24855-TPA
Stephanie Yvonne Brown                                                          Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: gamr              Page 1 of 1                Date Rcvd: Oct 11, 2018
                              Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 13, 2018.
db             +Stephanie Yvonne Brown,    3208 Grover Street,    McKeesport, PA 15132-5455

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                   TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 13, 2018                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 11, 2018 at the address(es) listed below:
              Brian C. Thompson    on behalf of Plaintiff Stephanie Yvonne Brown bthompson@ThompsonAttorney.com,
               blemon@thompsonattorney.com;LMichaels@thompsonattorney.com;jwrzosek@thompsonattorney.com;mgillesp
               ie@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@thompsonattorney.com
              Brian C. Thompson    on behalf of Debtor Stephanie Yvonne Brown bthompson@ThompsonAttorney.com,
               blemon@thompsonattorney.com;LMichaels@thompsonattorney.com;jwrzosek@thompsonattorney.com;mgillesp
               ie@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@thompsonattorney.com
              James Warmbrodt     on behalf of Creditor    Global Lending Services LLC bkgroup@kmllawgroup.com
              James Warmbrodt     on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for
               Morgan Stanley Home Equity Loan Trust 2005-2, Mortgage Pass-Through Certificates, Series 2005-2
               bkgroup@kmllawgroup.com
              Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com,
               DMcKay@bernsteinlaw.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour     cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                             TOTAL: 8