# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA (PITTSBURGH)

| | |
|---|---|
| In Re: | Case No. 17-24855 |
| STEPHANIE YVONNE BROWN, | Chapter 13 |
| Debtor(s). | Document No. |
| SPECIALIZED LOAN SERVICING LLC AS SERVICING AGENT FOR DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR MORGAN STANLEY HOME EQUITY LOAN TRUST 2005-2, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-2, | |
| Movant | |
| v. | |
| STEPHANIE YVONNE BROWN, | |
| and | |
| RONDA J. WINNECOUR (TRUSTEE), | |
| Respondents. | |

### AMENDED NOTICE OF WITHDRAWAL OF TRANSFER OF CLAIM

COMES NOW, Specialized Loan Servicing LLC as servicing agent for Deutsche Bank National Trust Company, as Trustee for Morgan Stanley Home Equity Loan Trust 2005-2, Mortgage Pass-Through Certificates, Series 2005-2 ("Creditor"), by its attorney, and hereby withdraws its Transfer of Claim Other than for Security (Docket No. 60), filed on July 25, 2018, in the above-referenced bankruptcy proceeding. The Transfer of Claim Other than for Security was filed in error.

**PLEASE TAKE FURTHER NOTICE** all Notices and Payments on the above-referenced claim should be directed to:

| **Notices to be sent to:** | **Payments to be sent to:** |
|---|---|
| Specialized Loan Servicing, LLC | Specialized Loan Servicing, LLC |
| 8742 Lucent Blvd, Suite 300 | PO Box 636007 |
| Highlands Ranch, CO 80129 | Littleton, CO 80163 |

DATED: October 15, 2018

/s/ Lisa Cancanon
Lisa Cancanon
Weinstein & Riley, P.S.
Attorney for Creditor
11101 West 120th Avenue #280
Broomfield, CO 80021
Bar ID: 323550
Phone: (303) 539 8600
Email: lisac@w-legal.com

## CERTIFICATE OF SERVICE

      I hereby certify, under penalty of perjury pursuant to 28 U.S.C. Sec. 1746 on October 15, 2018, a true and correct copy the foregoing documents was served via electronic means as listed on the Court's ECF noticing system or by regular, first-class mail to the parties listed below:

<u>Debtor(s) via First-Class Mail</u>
Stephanie Yvonne Brown
3208 Grover Street
McKeesport, PA 15132

<u>Debtor(s) Counsel via First-Class Mail</u>
Brian C. Thompson
Thompson Law Group, P.C.
125 Warrendale Bayne Road
Suite 200
Warrendale, PA 15086

<u>Trustee via First-Class Mail</u>
Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

<u>U.S. Trustee via First-Class Mail</u>
Office of the United States Trustee
Liberty Center.
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222

/s/ Nikole Montufar
Nikole Montufar
Legal Assistant to Lisa Cancanon