## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Stephanie Yvonne Brown | : | Bankruptcy Case No.: 17-24855-TPA |
| Debtors. | : | |
| | : | Chapter 13 |
| Stephanie Yvonne Brown | : | |
| Movant, | : | |
| v. | : | Document No. |
| Deutsche Bank National Trust Company, as Trustee for Morgan Stanley Home Equity Loan Trust 2005-2, Mortgage Pass-Through Certificates, Series 2005-2 As Serviced by Specialized Loan Servicing, LLC, | : | Related to Document No.: 92, 93 |
| | : | **Hearing Date & Time:** |
| Respondent. | : | January 30, 2019 at 9:30 a.m. |

## CERTIFICATE OF SERVICE

I, Jill A. Gorzé, Paralegal, hereby certify that a copy of the Debtor's Objection to Notice of Post-Petition M ortgage Payment Change and Proposed Order at Document No. 92 dated December 9, 2018 and the Order Setting Hearing and Response Deadline at Document 93 were served by First Class U.S. mail postage prepaid and/or electronic correspondence on the parties listed below.

Specialized Loan Servicing LLC
8742 Lucent Blvd, Suite 300
Highlands Ranch, Colorado 80129

Mukta Suri
Bonial & Associates, P.C.
14841 Dallas Parkway, Suite 425
Dallas, TX 75254

Andrew Kussmaul
Bonial & Associates, P.C.
P.O. Box 9013
Addison, TX 75001

Ronda J. Winnecour, Esquire
Office of Chapter 13 Trustee
3250 USX Tower
600 Grant Street
Pittsburgh, PA 15219

Office of U.S. Trustee
970 Liberty Center
1001 Liberty Avenue
Pittsburgh, PA 15222

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106

Dated:  December 5, 2018            /s/ Jill A. Gorzé
                                    Jill A. Gorzé, Paralegal

Thompson Law Group, P.C.
125 Warrendale-Bayne Road, Suite 200
Warrendale, PA 15086
(724) 799-8404 Telephone
(724) 799-8409 Facsimile
 jgorze@thompsonattorney.com