**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Stephanie Yvonne Brown** | : | Case No. 17−24855−TPA |
| *Debtor(s)* | : | Chapter: 13 |
| | : | |
| Stephanie Yvonne Brown | : | |
| *Movant(s),* | : | |
| | : | Related to Document No. 92 Related to |
| v. | : | Claim No. 2 |
| Deutsche Bank National Trust Company, as | : | |
| Trustee for Morgan Stanley Home Equity Loan | : | Hearing Date: 1/30/19 at 09:30 AM |
| Trust 2005−2, Mortgage Pass−Through | : | |
| Certificates, Series 2005−2 as Serviced by | : | |
| Specialized Loan Servicing, LLC | : | |
| *Respondent(s).* | | |

**ORDER**

      *AND NOW,* this ***The 11th of December, 2018,*** upon consideration of the ***Debtor(s)' Objection/Response to Payment Change Notification*** filed at Doc. No. 92 ("Objection") which relates to the *Payment Change Notification* filed at Claim No. 2,

    It is hereby **ORDERED, ADJUDGED and DECREED** that:

    (1)  **On or before January 15, 2019, Deutsche Bank National Trust Company** shall file a ***Response*** to the *Objection* ("Response") specifically addressing each and every one of the objections asserted by the Debtor(s). Any *Response* filed by the Party originally filing the *Payment Change Notification* shall attach as an exhibit to the *Response:*

      (a)    A complete and accurate loan payment history;
      (b)    A computation of the payment change in a format which is readily understandable by the Court and the Parties−in−Interest; and,
      (c)    A declaration by a competent official of the Creditor substantiating the veracity and accuracy of all matters pertaining to the requested *Payment Change Notification.*

    (2)  A hearing on the *Objection* is scheduled for ***January 30, 2019*** at ***09:30 AM*** in Courtroom "C", 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.

    (3)  ***If on or before January 22, 2019,*** the Parties resolve the *Objection*, a ***Consent Order*** shall be filed. If a *Consent Order* is timely filed, the above−scheduled hearing will be cancelled and the *Consent Order* considered.

continued on reverse side or next page

(4)  If *on or before January 24, 2019,* no *Response* is filed to the *Objection*, the Debtor(s) shall file a *Certificate of No Objection*. If a *Certificate of No Objection* is timely filed, the above−scheduled hearing will be cancelled and the Court will consider the matter.

(5)  Movant(s) shall *immediately* serve this *Order* on any affected Party(ies) and file a *Certificate of Service* with the Clerk within five (5) days of this Order.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Thomas P. Agresti, Judge
　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Court

Case Administrator to serve:
　　Counsel for the Movant(s)
　　Debtor

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                              Case No. 17-24855-TPA
Stephanie Yvonne Brown                                                              Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2           User: vson              Page 1 of 1               Date Rcvd: Dec 11, 2018
                               Form ID: 312            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 13, 2018.
db             +Stephanie Yvonne Brown,   3208 Grover Street,   McKeesport, PA 15132-5455

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 13, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 11, 2018 at the address(es) listed below:
              Brian C. Thompson    on behalf of Plaintiff Stephanie Yvonne Brown bthompson@ThompsonAttorney.com,
               blemon@thompsonattorney.com;LMichaels@thompsonattorney.com;jwrzosek@thompsonattorney.com;mgillesp
               ie@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@thompsonattorney.com
              Brian C. Thompson    on behalf of Debtor Stephanie Yvonne Brown bthompson@ThompsonAttorney.com,
               blemon@thompsonattorney.com;LMichaels@thompsonattorney.com;jwrzosek@thompsonattorney.com;mgillesp
               ie@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@thompsonattorney.com
              James Warmbrodt    on behalf of Creditor   Deutsche Bank National Trust Company, as Trustee for
               Morgan Stanley Home Equity Loan Trust 2005-2, Mortgage Pass-Through Certificates, Series 2005-2
               bkgroup@kmllawgroup.com
              James Warmbrodt    on behalf of Creditor   Global Lending Services LLC bkgroup@kmllawgroup.com
              Keri P. Ebeck    on behalf of Creditor   Duquesne Light Company kebeck@bernsteinlaw.com,
               DMcKay@bernsteinlaw.com
              Lisa Cancanon    on behalf of Creditor   Deutsche Bank National Trust Company, as Trustee for
               Morgan Stanley Home Equity Loan Trust 2005-2, Mortgage Pass-Through Certificates, Series 2005-2
               lisac@w-legal.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor   Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                             TOTAL: 9