IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH DIVISION

| | |
|---|---|
| IN RE: | § |
| | §    CASE NO. 17-24855-TPA |
| STEPHANIE YVONNE BROWN | § |
| DEBTOR(S) | § |
| | §    CHAPTER 13 |

NOTICE OF WITHDRAWAL OF NOTICE OF MORTGAGE PAYMENT CHANGE

TO THE HONORABLE JUDGE OF SAID COURT:

Notice is hereby given that **Specialized Loan Servicing, LLC,** as servicing agent for Deutsche Bank National Trust Company, as Trustee for Morgan Stanley Home Equity Loan Trust 2005-2, Mortgage Pass-Through Certificates, Series 2005-2, ("Creditor"), is withdrawing its **Notice of Mortgage Payment Change (Attached to Claim # 2-1)** filed on **November 13th, 2018,** as this Mortgage Payment Change amount has been updated with a Loan Modification and a new payment change notification reflecting the new terms will be filed.

Dated: December 12, 2018

> Respectfully submitted,
> Bonial & Associates, P.C.
>
> /s/ *signature*
> _____
> Jason A. Cottrill
> 14841 Dallas Parkway, Suite 425
> Dallas, Texas 752540
> (972) 643-6600
> (972) 643-6698 (Telecopier)
> Email: POCInquiries@BonialPC.com
> Authorized Agent for Specialized Loan Servicing, LLC

FILED
2018 DEC 14 AM 11: 32
CLERK
U.S. BANKRUPTCY COURT
PITTSBURGH

1

4127-N-5007

## CERTIFICATE OF SERVICE OF WITHDRAWAL OF NOTICE OF MORTGAGE PAYMENT CHANGE

I hereby certify that a true and correct copy of the foregoing document has been served upon the following parties in interest on or before December 12, 2018 via electronic notice unless otherwise stated:

**Debtor**        *Via U.S. Mail*
Stephanie Yvonne Brown
3208 Grover Street
McKeesport, PA 15132

**Debtors' Attorney**
Brian C. Thompson
Thompson Law Group, P.C.
125 Warrendale Bayne Road
Suite 200
Warrendale, PA 15086

**Chapter 13 Trustee**
Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

Respectfully Submitted,

/s/ *[signature]*
Jason A. Cottrill