FILED
12/18/18 2:46 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| STEPHANIE YVONNE BROWN | : | Case No. 17-24855 TPA |
| *Debtor* | : | Chapter 13 |
| | : | |
| DEUTSCHE BANK NATIONAL | : | |
| TRUST COMPANY, as Trustee for | : | |
| Morgan Stanley Home Equity Loan | : | |
| Trust 2005-2, Mortgage Pass-Through | : | |
| Certificates, Series 2005-2 As Serviced | : | |
| by Specialized Loan Servicing, LLC | : | |
| *Movants* | : | Related to Document No. 96 |
| | : | |
| v. | : | |
| | : | |
| STEPHANIE YVONNE BROWN | : | |
| *Respondent* | : | Hearing: January 30, 2019 at 9:30 A.M. |

## ORDER SCHEDULING HEARING

**AND NOW**, this **18th** day of **December, 2018**, a *Notice of Withdrawal of Notice of Mortgage Payment Change to the Honorable Judge of Said Court* having been filed in the above-captioned proceeding at Document No. 96,

It is hereby **ORDERED, ADJUDGED and DECREED** that a hearing is scheduled for *January 30, 2019* at *9:30 A.M.* in Courtroom "C", 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.

_____
Thomas P. Agresti, Judge          **jlm**
United States Bankruptcy Court

Case Administrator to serve:
Brian Thompson, Esq.
Specialized Loan Servicing LLC
Jason A. Cottrill
Ronda J. Winnecour, Esq.

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Stephanie Yvonne Brown  
       Debtor

Case No. 17-24855-TPA  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2     User: jmar     Page 1 of 1     Date Rcvd: Dec 18, 2018  
                Form ID: pdf900     Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 20, 2018.
```
         +Jason A. Cottrill,    14841 Dallas Parkway, Suite 425,    Dallas, TX 75254-8067
         +KML Law Group, P.C.,    701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
         +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,    Highlands Ranch, CO 80129-2386
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.        TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 20, 2018                                    Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 18, 2018 at the address(es) listed below:
```
         Brian C. Thompson    on behalf of Plaintiff Stephanie Yvonne Brown bthompson@ThompsonAttorney.com,
          blemon@thompsonattorney.com;LMichaels@thompsonattorney.com;jwrzosek@thompsonattorney.com;mgillesp
          ie@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@thompsonattorney.com
         Brian C. Thompson    on behalf of Debtor Stephanie Yvonne Brown bthompson@ThompsonAttorney.com,
          blemon@thompsonattorney.com;LMichaels@thompsonattorney.com;jwrzosek@thompsonattorney.com;mgillesp
          ie@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@thompsonattorney.com
         James Warmbrodt    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for
          Morgan Stanley Home Equity Loan Trust 2005-2, Mortgage Pass-Through Certificates, Series 2005-2
          bkgroup@kmllawgroup.com
         James Warmbrodt    on behalf of Creditor    Global Lending Services LLC bkgroup@kmllawgroup.com
         Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com,
          DMcKay@bernsteinlaw.com
         Lisa Cancanon    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for
          Morgan Stanley Home Equity Loan Trust 2005-2, Mortgage Pass-Through Certificates, Series 2005-2
          lisac@w-legal.com
         Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
         Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
         S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
          Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                             TOTAL: 9
```