## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | ) | Bankruptcy No. 17-24855-TPA |
| | ) | |
| Stephanie Yvonne Brown, | ) | Chapter 13 |
| | ) | |
| Debtor. | ) | Document No. |
| | ) | |
| Thompson Law Group, P.C., | ) | Related to Document No. |
| | ) | |
| Applicant, | ) | **Hearing date and time:** |
| vs. | ) | July 10, 2019 at 11:00 A.M. |
| | ) | |
| No Respondent. | ) | |

**SUMMARY COVER SHEET AND NOTICE OF HEARING ON PROFESSIONAL FEES IN CHAPTER 13 ON BEHALF OF THOMPSON LAW GROUP, P.C.**

To All Creditors and Parties in Interest:

1. Applicant represents Stephanie Yvonne Brown.

2. This is an interim application for the period June 1, 2017 through May 21, 2019.

3. Previous retainer paid to Applicant: $800.00.

4. Previous interim compensation allowed to Applicant: $3,200.00

5. Applicant requests additional:
   Compensation of $5,625.00
   Reimbursement of Expenses of $202.03

6. A hearing on the Application will be held in Courtroom C, 600 Grant Street, 54th Floor, Pittsburgh, PA 15219 before Judge Thomas P. Agresti, on July 10, 2019 at 11:00 a.m.

7. Any written objections must be filed with the court and served on Applicant on or before June 7, 2019, seventeen (17) days from the date of this notice plus and additional three days if served by mail). Copies of the application are available from the applicant.

Dated: May 21, 2019

/s/Brian C. Thompson
Brian C. Thompson, Esquire
PA ID No. 91197
THOMPSON LAW GROUP, P.C.
125 Warrendale Bayne Road, Suite 200
Warrendale, PA 15086
(724) 799-8404
bthompson@thompsonattorney.com