Form 213

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Stephanie Yvonne Brown**
   Debtor(s)

Bankruptcy Case No.: 17–24855–TPA
Related to Docket No. 109
Chapter: 13
Docket No.: 110 – 109
Concil. Conf.: 8/22/19 at 09:00 AM

## ORDER

**WHEREAS,** the Trustee filed and served a *Certificate of Default Requesting Dismissal of Case,* alleging that the Debtor(s) failed to make regular plan payments and are in material default under the plan,

**IT IS HEREBY ORDERED** that, on or before **July 15, 2019,** Debtor(s) must file *Documentary Proof of Payment* according to the accompanying *Instructions,* together with either:

1. a *Notarized Affidavit* or *Declaration* under penalty of perjury that states Debtor(s)' current mailing address and includes an explanation of Debtor(s)' failure to comply with the current plan payment and/or a statement setting forth why the Debtor(s) dispute the *Certificate of Default;*

**OR**

2. a *Notice of Proposed Modification to Confirmed Plan* and an *Amended Plan* to cure the plan defaults. Debtor(s) must make all plan payments in accordance with the *Amended Plan* pending its confirmation. If the Debtor(s) default on such plan payments, and if the Trustee moves for dismissal of this case, the case will be **DISMISSED,** without further notice or hearing.

**IT IS FURTHER ORDERED** that, if the Debtor(s) elect to file an *Amended Plan,* the Debtor(s) must immediately serve a copy of the *Notice of Proposed Modification to Confirmed Plan,* the *Amended Plan,* and the *Documentary Proof of Payment* on the Chapter 13 Trustee and all parties on the mailing matrix and file a *Certificate of Service* with the Clerk.

On or before **July 29, 2019,** if the Debtor(s) elect to file an *Amended Plan,* all *Objections* must be filed and served on the Debtor(s), Chapter 13 Trustee and any creditor whose claim is the subject of the *Objection.* Any creditor who files a timely *Objection* must appear at the scheduled Conciliation Conference. Untimely *Objections* will not be considered.

On **8/22/19** at **09:00 AM** a Conciliation Conference (on plan defaults or the *Amended Plan*) will occur with the Chapter 13 Trustee at 3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.

If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

This case will be **DISMISSED WITHOUT PREJUDICE** and no hearing or conference shall take place, unless the Debtor(s) comply fully with this *Order* by filing and serving all of the required items.

Dated: May 31, 2019

cm: All Creditors and Parties In Interest

Thomas P. Agresti, Judge
United States Bankruptcy Court

**INSTRUCTIONS FOR DOCUMENTARY PROOF OF PAYMENT**

In response to the Trustee's *Certificate of Default Requesting Dismissal of Case,* Debtor(s) must file *Documentary Proof of Payment* that at least one full plan payment has been submitted to the Trustee since the Trustee filed and served the *Certificate of Default.*

The *Documentary Proof of Payment* must include a copy of a money order, cashier's check, earnings statement(s) or pay stub(s) showing payroll or benefit deduction(s) used to make the plan payment.

The *Documentary Proof of Payment* must also include a copy of the Trustee's printout of the Debtor(s)' payment history of receipts (available on the Trustee's website) indicating the amounts and dates of payments received by the Trustee.

Debtor(s)' case name and bankruptcy case number must be included on the payment.

The plan payment must be sent to the Chapter 13 Trustee's lock box bank account addressed to:

>Ronda J. Winnecour, Trustee
>P.O. Box 84051
>Chicago, IL 60689−4002

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 17-24855-TPA
Stephanie Yvonne Brown                                                  Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2            User: lmar                    Page 1 of 2                    Date Rcvd: May 31, 2019
                                Form ID: 213                  Total Noticed: 34

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 02, 2019.
```
db            +Stephanie Yvonne Brown,    3208 Grover Street,    McKeesport, PA 15132-5455
cr            +DEUTSCHE BANK NATIONAL TRUST COMPANY,    14841 Dallas Parkway, Suite 425,
               Dallas, TX 75254-8067
cr            +DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE,     8742 Lucent Blvd, Suite 300,
               Highlands Ranch, CO 80129-2386
14738542       American Education Services,    P.O.Box 2461,    Harrisburg, PA 17105-2461
14738543      +City of McKeesport,    500 Fifth Avenue,    McKeesport, PA 15132-2527
14738544      +Deutsch Bank,    7105 Corporate Drive,    Plano, TX 75024-4100
14886561      +Deutsche Bank National Trust Co. Trustee,    c/o Specialized Loan Servicing LLC,
               8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
14745068      +Deutsche Bank National Trust Co. Trustee (See 410),    c/o Specialized Loan Servicing LLC,
               8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
14919786       ECMC,    PO Box 16408,    St. Paul, MN 55116-0408
14738547       Great Lakes,    PO Box 7860,    Madison, WI 53707-7860
14817924      +Keystone Collections Group,    546 Wendel Road,    Irwin, PA 15642-7539
14757629      +PHEAA,    PO Box 8147,    Harrisburg, PA 17105-8147
14738553      +PNC Bank,    2730 Liberty Avenue,    Pittsburgh, PA 15222-4747
14770288      +PNC Bank, National Association,    PO Box 94982,    Cleveland, OH 44101-4982
14738552       Peoples Gas,    PO Box 644760,    Pittsburgh, PA 15264-4760
14765607      +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,    845 N. Lincoln Avenue,
               Pittsburgh, PA 15233-1828
14738556       SPS Select Portfolio Servicing,    PO Box 65640,    Salt Lake City, UT 84165
14738554      +Safeco Insurance,    27201 Bella Vista Pkwy,    Suite 130,    Warrenville, IL 60555-1619
14738555      +Shapiro and Denardo LLC,    3600 Horizon Drive,    Suite 150,    King of Prussia, PA 19406-4702
14776391       UPMC Physician Services,    PO Box 1123,    Minneapolis, MN 55440-1123
14780821       US DEPARTMENT OF EDUCATION,    CLAIMS FILING UNIT,    PO BOX 8973,    MADISON, WI 53708-8973
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
14738545      +E-mail/Text: kburkley@bernsteinlaw.com Jun 01 2019 03:29:25      Duquesne Light,
               Legal Department,    411 Seventh Avenue (16-1),    Pittsburgh, PA 15219-1942
14778653      +E-mail/Text: kburkley@bernsteinlaw.com Jun 01 2019 03:29:25      Duquesne Light Company,
               c/o Bernstein-Burkley, P.C.,    707 Grant St., Suite 2200, Gulf Tower,
               Pittsburgh, PA 15219-1945
14738546       E-mail/Text: bankruptcy@glsllc.com Jun 01 2019 03:28:13      Global Lending Services,
               PO BOX 935538,    Atlanta, GA 31193-5538
14753115       E-mail/Text: bankruptcy@glsllc.com Jun 01 2019 03:28:13      Global Lending Services LLC,
               1200 Brookfield Blvd Ste 300,    Greenville, South Carolina 29603
14738548       E-mail/Text: cio.bncmail@irs.gov Jun 01 2019 03:28:24      IRS,    228 Walnut St.,
               Harrisburg, PA 17101
14738549      +E-mail/Text: jmikulla@mck-macm.org Jun 01 2019 03:29:16      Municipal Authority of McKeesport,
               2800 Walnut Street,    McKeesport, PA 15132-7133
14738551      +E-mail/Text: blegal@phfa.org Jun 01 2019 03:28:55      PA Housing Finance Agency-HEMAP,
               211 N. Front Street,    Harrisburg, PA 17101-1406
14826101       E-mail/Text: blegal@phfa.org Jun 01 2019 03:28:56      PHFA/HEMAP,    211 NORTH FRONT ST,
               PO BOX 8029,    HARRISBURG, PA 17105
14746029       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 01 2019 03:24:19
               Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
14739463      +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 01 2019 03:23:33
               PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14745014       E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 01 2019 03:28:42
               Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
               Harrisburg, Pa.   17128-0946
14738557       E-mail/PDF: ais.tmobile.ebn@americaninfosource.com Jun 01 2019 03:24:59      T-Mobile,
               POBox 742596,    Cincinnati, OH 45274-2596
14738558      +E-mail/Text: BankruptcyNotice@upmc.edu Jun 01 2019 03:29:20      UPMC Health Plan,
               US Steel Tower,    600 Grant Street,    Pittsburgh, PA 15219-6609
                                                                                              TOTAL: 13
```

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr            Deutsche Bank National Trust Company, as Trustee f
cr            Duquesne Light Company
cr            Global Lending Services LLC
cr*           ECMC,    P.O. Box 16408,    St. Paul, MN  55116-0408
cr*          +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
cr*          +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,    845 N. Lincoln Ave.,
               Pittsburgh, PA 15233-1828
14919787*     ECMC,    PO Box 16408,    St. Paul, MN 55116-0408
14738541     ##+Aaron Sales & Lease Ownerships,    309 E Paces Ferry,    Atlanta, GA 30305-2367
14738550     ##PA Department of Revenue,    PO Box 281101,    Harrisburg, PA 17128-1101
                                                                                   TOTALS: 3, * 4, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

```
District/off: 0315-2           User: lmar              Page 2 of 2             Date Rcvd: May 31, 2019
                               Form ID: 213            Total Noticed: 34
```

***** BYPASSED RECIPIENTS (continued) *****

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 02, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 31, 2019 at the address(es) listed below:

```
              Brian C. Thompson    on behalf of Plaintiff Stephanie Yvonne Brown bthompson@ThompsonAttorney.com,
               blemon@thompsonattorney.com;mgillespie@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@t
               hompsonattorney.com
              Brian C. Thompson    on behalf of Debtor Stephanie Yvonne Brown bthompson@ThompsonAttorney.com,
               blemon@thompsonattorney.com;mgillespie@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@t
               hompsonattorney.com
              James Warmbrodt     on behalf of Creditor    Global Lending Services LLC bkgroup@kmllawgroup.com
              James Warmbrodt     on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for
               Morgan Stanley Home Equity Loan Trust 2005-2, Mortgage Pass-Through Certificates, Series 2005-2
               bkgroup@kmllawgroup.com
              Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com,
               jbluemle@bernsteinlaw.com
              Lisa Cancanon     on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for
               Morgan Stanley Home Equity Loan Trust 2005-2, Mortgage Pass-Through Certificates, Series 2005-2
               lisac@w-legal.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                             TOTAL: 9
```