## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re:  Stephanie Yvonne Brown, | : | Bankruptcy Case No.: 17-24855-TPA |
| | : | |
| Debtor. | : | Chapter 13 |
| _____ | : | |
| Thompson Law Group, | : | |
| | : | Document No.: |
| Applicant, | : | |
| | : | Related to Document No.: 106, 107 |
| v. | : | |
| | : | |
| No Respondents, | : | **Hearing Date and Time:** |
| | : | July 10, 2019 at 11:00 a.m. |
| Respondent. | : | |

## CERTIFICATION OF NO OBJECTION REGARDING APPLICATION
## FOR INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Application filed on May 21, 2019 at Document No. 106 have been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Objections appear thereon. Pursuant to the Order Setting Hearing at Document No. 107, Objections were to be filed and served no later than June 7, 2019.

It is hereby respectfully requested that the Proposed Order filed as an Exhibit attached to Application recorded at Document No. 106 be entered by the Court.

Date: <u>June 10, 2019</u>         /s/ Brian C. Thompson
                                                                  Brian C. Thompson, Esquire
                                                                  Attorney for Debtor(s)
                                                                  PA ID No. 91197
                                                                  THOMPSON LAW GROUP, P.C.
                                                                  125 Warrendale Bayne Road, Suite 200
                                                                  Warrendale, PA 15086
                                                                  (724) 799-8404 Telephone
                                                                  (724) 799-8409 Facsimile
                                                                  bthompson@thompsonattorney.com