FILED
6/11/19 8:55 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | Bankruptcy No. 17-24855-TPA |
| Stephanie Yvonne Brown, | Chapter 13 |
| Debtor. | Document No. |
| Thompson Law Group, P.C., | Related to Document No. 106 |
| Applicant, | **Hearing date and time:** |
| vs. | July 10, 2019 at 11:00 A.M. |
| No Respondent. | |

## ORDER OF COURT

AND NOW, the **APPLICATION OF THOMPSON LAW GROUP, P.C. FOR INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES AS COUNSEL FOR THE DEBTOR** is approved for the total amount of **$9,827.03** for services rendered on behalf of the Debtor for the period between June 1, 2017 through May 21, 2019, which represents $9,625.00 in attorney fees and $202.03 in costs.

Date:  June 11, 2019

U.S. Bankruptcy Court Judge    jlm

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                              Case No. 17-24855-TPA
Stephanie Yvonne Brown                                                              Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2        User: lfin            Page 1 of 1            Date Rcvd: Jun 11, 2019
                            Form ID: pdf900       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 13, 2019.
db             +Stephanie Yvonne Brown,   3208 Grover Street,   McKeesport, PA 15132-5455

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 13, 2019                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 11, 2019 at the address(es) listed below:
              Brian C. Thompson    on behalf of Plaintiff Stephanie Yvonne Brown bthompson@ThompsonAttorney.com,
               blemon@thompsonattorney.com;mgillespie@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@t
               hompsonattorney.com
              Brian C. Thompson    on behalf of Debtor Stephanie Yvonne Brown bthompson@ThompsonAttorney.com,
               blemon@thompsonattorney.com;mgillespie@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@t
               hompsonattorney.com
              James Warmbrodt    on behalf of Creditor   Deutsche Bank National Trust Company, as Trustee for
               Morgan Stanley Home Equity Loan Trust 2005-2, Mortgage Pass-Through Certificates, Series 2005-2
               bkgroup@kmllawgroup.com
              James Warmbrodt    on behalf of Creditor   Global Lending Services LLC bkgroup@kmllawgroup.com
              Keri P. Ebeck    on behalf of Creditor   Duquesne Light Company kebeck@bernsteinlaw.com,
               jbluemle@bernsteinlaw.com
              Lisa Cancanon    on behalf of Creditor   Deutsche Bank National Trust Company, as Trustee for
               Morgan Stanley Home Equity Loan Trust 2005-2, Mortgage Pass-Through Certificates, Series 2005-2
               lisac@w-legal.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor   Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                             TOTAL: 9