**Form 309**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Stephanie Yvonne Brown** | : | Case No. 17–24855–TPA |
| *Debtor(s)* | : | Chapter: 13 |
| | : | |
| | : | |
| | : | |
| | : | Rel to Doc No. 109 |
| | : | |

## ORDER DISMISSING CASE WITHOUT PREJUDICE AND
## TERMINATING WAGE ATTACHMENT

     **AND NOW,** this **The 14th of August, 2019,** after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby **ORDERED, ADJUDGED and DECREED** as follows:

     (1)  The above–captioned case is **DISMISSED, without prejudice**. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. **Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.**

     (2)  Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

     (3)  The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13–FR–S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

     (4)  The Clerk shall give notice to all creditors of this dismissal.

Thomas P. Agresti, Judge
United States Bankruptcy Court

Case Administrators to serve:
All Creditors and All Parties In Interest

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                          Case No. 17-24855-TPA
Stephanie Yvonne Brown                                          Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2        User: lmar          Page 1 of 2         Date Rcvd: Aug 14, 2019
                           Form ID: 309         Total Noticed: 35

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 16, 2019.
db              +Stephanie Yvonne Brown,    3208 Grover Street,   McKeesport, PA 15132-5455
cr              +DEUTSCHE BANK NATIONAL TRUST COMPANY,    14841 Dallas Parkway, Suite 425,
                 Dallas, TX 75254-8067
cr              +DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE,    8742 Lucent Blvd, Suite 300,
                 Highlands Ranch, CO 80129-2386
14738542         American Education Services,    P.O.Box 2461,   Harrisburg, PA 17105-2461
14738543        +City of McKeesport,    500 Fifth Avenue,   McKeesport, PA 15132-2527
14738544        +Deutsch Bank,    7105 Corporate Drive,   Plano, TX 75024-4100
14886561        +Deutsche Bank National Trust Co. Trustee,    c/o Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,   Highlands Ranch, Colorado 80129-2386
14745068        +Deutsche Bank National Trust Co. Trustee (See 410),    c/o Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,   Highlands Ranch, Colorado 80129-2386
14738547         Great Lakes,    PO Box 7860,   Madison, WI 53707-7860
14817924        +Keystone Collections Group,    546 Wendel Road,   Irwin, PA 15642-7539
14738549        +Municipal Authority of McKeesport,    2800 Walnut Street,   McKeesport, PA 15132-7133
14757629        +PHEAA,    PO Box 8147,   Harrisburg, PA 17105-8147
14738553        +PNC Bank,    2730 Liberty Avenue,   Pittsburgh, PA 15222-4747
14770288        +PNC Bank, National Association,    PO Box 94982,   Cleveland, OH 44101-4982
14738552         Peoples Gas,    PO Box 644760,   Pittsburgh, PA 15264-4760
14765607        +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,   845 N. Lincoln Avenue,
                 Pittsburgh, PA 15233-1828
14738556         SPS Select Portfolio Servicing,    PO Box 65640,   Salt Lake City, UT 84165
14738554        +Safeco Insurance,    27201 Bella Vista Pkwy,   Suite 130,   Warrenville, IL 60555-1619
14738555        +Shapiro and Denardo LLC,    3600 Horizon Drive,   Suite 150,   King of Prussia, PA 19406-4702
14776391         UPMC Physician Services,    PO Box 1123,   Minneapolis, MN 55440-1123
14780821         US DEPARTMENT OF EDUCATION,    CLAIMS FILING UNIT,   PO BOX 8973,   MADISON, WI 53708-8973

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14738541        +EDI: AAEO.COM Aug 15 2019 06:23:00     Aaron Sales & Lease Ownerships,    309 E Paces Ferry,
                 Atlanta, GA 30305-2367
14738545         E-mail/Text: kburkley@bernsteinlaw.com Aug 15 2019 02:28:44     Duquesne Light,
                 Legal Department,    411 Seventh Avenue (16-1),   Pittsburgh, PA 15219-1942
14778653         E-mail/Text: kburkley@bernsteinlaw.com Aug 15 2019 02:28:44     Duquesne Light Company,
                 c/o Bernstein-Burkley, P.C.,    707 Grant St., Suite 2200, Gulf Tower,
                 Pittsburgh, PA 15219-1945
14919786         EDI: ECMC.COM Aug 15 2019 06:23:00     ECMC,   PO Box 16408,   St. Paul, MN 55116-0408
14738546         E-mail/Text: bankruptcy@glsllc.com Aug 15 2019 02:27:49     Global Lending Services,
                 PO Box 935538,   Atlanta, GA 31193-5538
14753115         E-mail/Text: bankruptcy@glsllc.com Aug 15 2019 02:27:49     Global Lending Services LLC,
                 1200 Brookfield Blvd Ste 300,   Greenville, South Carolina 29603
14738548         EDI: IRS.COM Aug 15 2019 06:23:00     IRS,   228 Walnut St.,   Harrisburg, PA 17101
14738551        +E-mail/Text: blegal@phfa.org Aug 15 2019 02:28:22     PA Housing Finance Agency-HEMAP,
                 211 N. Front Street,   Harrisburg, PA 17101-1406
14826101         E-mail/Text: blegal@phfa.org Aug 15 2019 02:28:22     PHFA/HEMAP,   211 NORTH FRONT ST,
                 PO BOX 8029,   HARRISBURG, PA 17105
14746029         EDI: PRA.COM Aug 15 2019 06:23:00     Portfolio Recovery Associates, LLC,   POB 12914,
                 Norfolk VA 23541
14739463        +EDI: PRA.COM Aug 15 2019 06:23:00     PRA Receivables Management, LLC,    PO Box 41021,
                 Norfolk, VA 23541-1021
14745014         E-mail/Text: RV5VCBICNOTICE1@state.pa.us Aug 15 2019 02:28:07
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                 Harrisburg, Pa.  17128-0946
14738557         EDI: AISTMBL.COM Aug 15 2019 06:23:00     T-Mobile,   POBox 742596,   Cincinnati, OH 45274-2596
14738558        +E-mail/Text: BankruptcyNotice@upmc.edu Aug 15 2019 02:28:40     UPMC Health Plan,
                 US Steel Tower,   600 Grant Street,   Pittsburgh, PA 15219-6609
                                                                                              TOTAL: 14


                ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr               Deutsche Bank National Trust Company, as Trustee f
cr               Duquesne Light Company
cr               Global Lending Services LLC
cr*              ECMC,   P.O. Box 16408,   St. Paul, MN  55116-0408
cr*             +PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
cr*             +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,   845 N. Lincoln Ave.,
                 Pittsburgh, PA 15233-1828
14919787*        ECMC,   PO Box 16408,   St. Paul, MN 55116-0408
14738550         ##PA Department of Revenue,    PO Box 281101,   Harrisburg, PA 17128-1101
                                                                                       TOTALS: 3, * 4, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0315-2        User: lmar              Page 2 of 2              Date Rcvd: Aug 14, 2019
                           Form ID: 309             Total Noticed: 35
```

```
            ***** BYPASSED RECIPIENTS (continued) *****
Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 16, 2019                                 Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 14, 2019 at the address(es) listed below:
          Brian C. Thompson    on behalf of Plaintiff Stephanie Yvonne Brown bthompson@ThompsonAttorney.com,
          blemon@thompsonattorney.com;mgillespie@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@t
          hompsonattorney.com;bwamsley@thompsonattorney.com
          Brian C. Thompson    on behalf of Debtor Stephanie Yvonne Brown bthompson@ThompsonAttorney.com,
          blemon@thompsonattorney.com;mgillespie@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@t
          hompsonattorney.com;bwamsley@thompsonattorney.com
          James Warmbrodt    on behalf of Creditor   Global Lending Services LLC bkgroup@kmllawgroup.com
          James Warmbrodt    on behalf of Creditor   Deutsche Bank National Trust Company, as Trustee for
          Morgan Stanley Home Equity Loan Trust 2005-2, Mortgage Pass-Through Certificates, Series 2005-2
          bkgroup@kmllawgroup.com
          Keri P. Ebeck    on behalf of Creditor   Duquesne Light Company kebeck@bernsteinlaw.com,
          jbluemle@bernsteinlaw.com
          Lisa Cancanon    on behalf of Creditor   Deutsche Bank National Trust Company, as Trustee for
          Morgan Stanley Home Equity Loan Trust 2005-2, Mortgage Pass-Through Certificates, Series 2005-
          2 lisac@w-legal.com
          Office of the United States Trustee   ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour   cmecf@chapter13trusteewdpa.com
          S. James Wallace    on behalf of Creditor   Peoples Natural Gas Company LLC sjw@sjwpgh.com,
          Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                 TOTAL: 9
```