**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

STEPHANIE YVONNE BROWN

Debtor(s)

Ronda J. Winnecour
Movant
vs.
No Respondents.

Case No.:17-24855 TPA

Document No.:

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

    1. The case was filed on 12/01/2017 and confirmed on 02/07/2018 . The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

    2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 14,953.95 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 14,953.95 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 3,205.00 | |
|    Trustee Fee | 666.31 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 3,871.31 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| DEUTSCHE BANK NATIONAL TRUST CO - T | 760.40 | 760.40 | 0.00 | 760.40 |
|   Acct: 3400 | | | | |
| DEUTSCHE BANK NTC - TRUSTEE MORGA | 2,404.72 | 2,404.72 | 0.00 | 2,404.72 |
|   Acct: 3400 | | | | |
| DEUTSCHE BANK NATIONAL TRUST CO - T | 0.00 | 2,360.15 | 0.00 | 2,360.15 |
|   Acct: 3400 | | | | |
| DEUTSCHE BANK NTC - TRUSTEE MORGA | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 3400 | | | | |
| GLOBAL LENDING SERVICES LLC | 16,319.34 | 4,345.65 | 901.72 | 5,247.37 |
|   Acct: 6020 | | | | |
| | | | | 10,772.64 |
| **Priority** | | | | |
| BRIAN C THOMPSON ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| STEPHANIE YVONNE BROWN | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| THOMPSON LAW GROUP PC | 3,200.00 | 3,200.00 | 0.00 | 0.00 |
|   Acct: | | | | |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Priority** | | | | |
| THOMPSON LAW GROUP PC | 5,827.03 | 5.00 | 0.00 | 0.00 |
| Acct: XXXXXXXXXXXXXXXXXXX1-19 | | | | |
| INTERNAL REVENUE SERVICE* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PA DEPARTMENT OF REVENUE* | 69.64 | 0.00 | 0.00 | 0.00 |
| Acct: 6813 | | | | |
| CLERK, U S BANKRUPTCY COURT | 310.00 | 310.00 | 0.00 | 310.00 |
| Acct: XXXXXXXX-TPA | | | | |
| | | | | 310.00 |
| **Unsecured** | | | | |
| ECMC(*) | 851.81 | 0.00 | 0.00 | 0.00 |
| Acct: 6813 | | | | |
| CITY OF MCKEESPORT-MUN SVC FEE | 524.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6813 | | | | |
| DUQUESNE LIGHT COMPANY* | 360.57 | 0.00 | 0.00 | 0.00 |
| Acct: 6649 | | | | |
| UNITED STATES DEPARTMENT OF EDUCA | 39,812.85 | 0.00 | 0.00 | 0.00 |
| Acct: 6813 | | | | |
| MAWC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5600 | | | | |
| MAWC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5600 | | | | |
| PA DEPARTMENT OF REVENUE* | 206.45 | 0.00 | 0.00 | 0.00 |
| Acct: 6813 | | | | |
| PEOPLES NATURAL GAS CO LLC* | 2,075.43 | 0.00 | 0.00 | 0.00 |
| Acct: 1204 | | | | |
| SAFECO | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4914 | | | | |
| SAFECO | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5616 | | | | |
| T MOBILE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1591 | | | | |
| UPMC HEALTH PLAN | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PORTFOLIO RECOVERY ASSOCIATES, LLC | 293.62 | 0.00 | 0.00 | 0.00 |
| Acct: 6385 | | | | |
| ECMC(*) | 7,079.24 | 0.00 | 0.00 | 0.00 |
| Acct: 6813 | | | | |
| PNC BANK NA | 1,245.02 | 0.00 | 0.00 | 0.00 |
| Acct: 4851 | | | | |
| PNC BANK NA | 289.83 | 0.00 | 0.00 | 0.00 |
| Acct: 0614 | | | | |
| UPMC PHYSICIAN SERVICES | 108.10 | 0.00 | 0.00 | 0.00 |
| Acct: 6813 | | | | |
| PHFA(*) | 4,374.42 | 0.00 | 0.00 | 0.00 |
| Acct: 1135 | | | | |
| SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7325 | | | | |
| PEOPLES NATURAL GAS CO LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| ALLISON L CARR ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| JAMES C WARMBRODT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| DEUTSCHE BANK NATL TRUST CO | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| SHAPIRO & DENARDO LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5877 | | | | |

| 17-24855 TPA | **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS** | | | Page 3 of 3 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Unsecured | | | | |
|    AARONS RENTAL PURCHASE++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|    PNC BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 5928 | | | | |

\*\*\*N O N E\*\*\*

| TOTAL PAID TO CREDITORS | | 11,082.64 |
|---|---|---|
| TOTAL CLAIMED | | |
| PRIORITY | 379.64 | |
| SECURED | 19,484.46 | |
| UNSECURED | 57,221.34 | |

Date: 09/16/2019

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com